Hon. James L. Robart

U.S.D.C. For The Western District Of Washington State

| Joshua Lambert, Plaintiff, vs. Mary K. Weller, et al., Defendant | No. 2:20-cv-01558-JLR-MAT<br><br>Motion For Voluntary Dismiss of Count One and Count Two Of ~~[redacted]~~ Initial Complaint<br><br>Noted: Deadline 1/15/2021 |
|---|---|

Plaintiff respectfully requests the court to permit plaintiff to voluntarily dismiss Count One and Count Two of my Initial Complaint (Re telephone records). Please note that any amendments or additional claims/counts will be given different count numbers than these dismissed counts, if or when that occurs.

Date: 12/27/2020

Joshua D. Lambert
Plaintiff, Pro Se

pg 1 of 1